RECEIVED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DEC **1 9** 2011

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**DEC 1 9 2011**

Plantiff(s)

11CV8963
JUDGE NORGLE
MAG. JUDGE VALDEZ

## LAURETTA GRADY

## V.

Defendant(s)

## DR. SUDERSHAN DERSHI SAXENA M.D.
## UNIVERSITY OF CHICAGO

## UNIVERSITY OF CHICAGO MEDICAL CENTER
## HOSPITAL & ALL AFFLIATES
## 5841 S. MARYLAND AVE.
## CHICAGO, IL 60637

## TRADE NAME FOR SOUTHWESTERN
## MEDICAL CENTERS, INC. S.C.
## MAGNA SURGICAL CENTER
## 9831 S. WESTERN AVE.
## CHICAGO, IL 60643
# Complaint

Here comes I, Lauretta Grady, a person with severe disabilities as a result of the act of MEDICAL MALPRACTICES of the named dependants and others unnamed if applicable.

The dependants used covert practices and purposely maneuvered my health care to conceal the malpractice keeping it unavailable for me.

Later my medical information was falsified (my medical history). Next, the defendants and others slanderized me privately on paper, for me to appear mentally unsound. These acts disintegrated my workman compensation case to naught and I was repeatedly denied until I researched the causal agents of my workman compensation claim.

Still other acts of civil fraud of MEDICAL MALPRACTICE were the fact that my care was minimized and done marginally without the suggested treatment plans of a specialist/surgeon. (Who said I needed a spinal rehabilitation specialist). Due to this, I have suffered grave physical loss of the use of my body at a normal mean as well as great emotional/physical anguish: not understanding why I could not recover.

This injustice was covered for nine years as I sacrificed my life's ability and lifestyle for a handicap child.

I pray the court to allow me time to retain counsel

and for the defendants to pay all my attorneys fees,

expenses, charges and that a life time maximum

settlement is awarded.


Respectfully,

Lauretta Grady

Dec 19th 2011

SERVE TO:

DR. SUDERSHAN DERSHI SAXENA M.D.
UNIVERSITY OF CHICAGO
5841 S. MARYLAND AVE.
CHICAGO, IL 60637

UNIVERSITY OF CHICAGO MEDICAL CENTER
HOSPITAL & ALL AFFLIATES
5841 S. MARYLAND AVE.
CHICAGO, IL 60637

TRADE NAME FOR SOUTHWESTERN
MEDICAL CENTERS, INC. S.C.
MAGNA SURGICAL CENTER
9831 S. WESTERN AVE.
CHICAGO, IL 60643